FILED
CLERK, U.S. DISTRICT COURT
12/19/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: TF DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALEB L. MCGILLVARY<br>PLAINTIFF(S)<br>v.<br>THEODOR VONKURNATOWSKI<br>DEFENDANT(S). | CASE NUMBER<br>2:22-cv-08587 FLA (AGRx)<br>**PRISON TRUST ACCOUNT WITHDRAWAL AUTHORIZATION** |

I, CALEB L. MCGILLVARY, request and authorize the agency holding me in custody, to calculate and disburse funds from my trust account (or institutional equivalent) and forward to the Court the full amount of the fees for which I am obligated, in monthly payments, based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. § 1915. I understand that, pursuant to 28 U.S.C. § 1914, the total amount of fees for which I am obligated is $350.00.

This authorization is furnished in connection with a civil action filed in the Central District of California. I understand that this fee will be debited from my account regardless of the outcome of this action and that this authorization shall apply to any other agency into whose custody I may be transferred.

12/10/22
Date

[signature]
Signature of Prisoner

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI #102317G
NJ STATE PRISON PO BOX 861
TRENTON, NJ 08625-0861

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI #102317G NJSP
PO BOX 861 TRENTON, NJ 08625-0861

12/12/22

CLERK, U.S.D.C. - C.D. CA
255 E. TEMPLE ST. RM 180
LOS ANGELES, CA 90012

RE: MCGILLVARY V. VONKURNATOWSKI
CIVIL ACTION NO. 2:22-CV-08587-FLA-AGR
HON. FERNANDO L. AENLLE-ROCHA, U.S.D.J.

DEAR CLERK;

PLEASE FIND ENCLOSED & FILE ONTO THE DOCKET MY AUTHORIZATION TO DISBURSE FUNDS FROM THE PRISON TRUST ACCOUNT & COMPLETED USM-285 FORM IN THE ABOVE-CAPTIONED MATTER. HAVE A WONDERFUL HOLIDAYS.

THANK YOU KINDLY,

[signature]

CALEB L. MCGILLVARY
IN PROPRIA PERSONA

ENCL:
CC: FILE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INMATE #: SBI 000102317G<br><br>CALEB L. MCGILLVARY,<br><br>PLAINTIFF(S)<br>v.<br><br>THEODOR VONKURNATOWSKI,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:22-cv-08587 FLA (AGRx)<br><br>**ORDER ON REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES (PRISONER NON-HABEAS CASE)** |

The Court has reviewed the Request to Proceed Without Prepayment of Filing Fees (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that Plaintiff:

☒ is not able to prepay the full filing fee. ☐ is able to prepay the full filing fee.

☐ has not submitted enough information for the Court to tell if Plaintiff is able to prepay the full filing fee. This is what is missing:

☐ a certified copy of a trust fund statement for the last six months.

☐

**IT IS THEREFORE ORDERED** that:

☐ The Request is **GRANTED. Plaintiff now owes the Court the total filing fee of $350.00.** An initial partial filing fee of $__________ is due immediately; this case may be dismissed if that amount is not received by the Court within 30 days. Thereafter, monthly payments must be forwarded to the Court as provided in 28 U.S.C. § 1915(b)(2).

☒ Ruling on the Request is **POSTPONED** for 30 days so that Plaintiff has the opportunity to provide:

☐ the missing information identified above.

☒ authorization to disburse funds from the prison trust account.

If Plaintiff does not provide the information or authorization within 30 days, this case may be DISMISSED without prejudice.

☐ The Request is **DENIED** because:

☐ Plaintiff has the ability to prepay the full filing fee.

☐ As explained in the attached statement:

☐ Plaintiff has three prior "strikes" but has not plausibly alleged that Plaintiff is in imminent danger of serious physical injury fairly traceable to unlawful conduct alleged in the complaint and redressable by the Court.

☐ The District Court lacks subject matter jurisdiction.

☐ The action is frivolous or malicious.

☐ The action fails to state a claim upon which relief may be granted.

☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, Plaintiff must do the following:

Complete CV-83C, Prison Trust Account Withdrawal Authorization, for the Central District of California.

If Plaintiff does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

November 30, 2022
Date

United States District Judge

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: CALEB L. MCGILLVARY | COURT CASE NUMBER: 2:22-CV-08587-FLA-AGR |
| DEFENDANT: THEODOR VONKURNATOWSKI | TYPE OF PROCESS: SUMMONS & COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THEODOR CAPITANI VONKURNATOWSKI

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
401 S. BARRINGTON AVE, LOS ANGELES, CA 90049

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CALEB MCGILLVARY #1222665/SBI#102317G
NJSP PO BOX 861
TRENTON, NJ 08625-0861

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

ALTERNATE ADDRESS
4405 LEALAND AVE NASHVILLE, TN 37204

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | N/A | 12/12/22 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address *(complete only if different than shown above)* | Date of Service / Time am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

- Additional USM-285 forms may be obtained, without cost, from the Clerk of the U.S. District Court, U.S. Marshal, or printed from http://www.usmarshals.gov/process/usm 285.pdf.

GILLVARY
Bo
-0861




CLERK
U.S. DIST. CT. - C.D. CA
255 E. TEMPLE ST. ROOM 180
LOS ANGELES, CA
90012

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 19 2022
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FLA

LEGAL MAIL