```
1  ARTHUR PETROUSIAN, ESQ. (SBN 270358)
   Email:     apetrousian@forthepeople.com
2  MORGAN & MORGAN, LOS ANGELES, LLP
3  633 West Fifth Street, Suite 220
   633 West Fifth Street, Suite 2652
4  Telephone: (213) 787-8590
5  Facsimile: (213) 418-3983
6
7  Attorney(s) for Defendant(s)
   THEODOR VONKURNATOWSKI
8
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY,<br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>THEODOR VONKURNATOWSKI,<br>　　　　Defendant(s) | Case No. 2:22-cv-8587-FLA-AGR<br><br>DECLARATION OF ARTHUR PETROUSIAN, ESQ. IN SUPPORT OF DEFENDANT THEODOR VONKURNATOWSKI''s MOTION TO RE-OPEN & VACATE JUDGMENT ON THE BASIS OF MISTAKE, INADVERTENCE, SURPRISE, OR EXCUSABLE NEGELECT (FRCP 60(b)(1)), OR IN THE ALTERNATIVE PURSUANT TO FRCP 60(b)(6)<br><br>HEARING DATE: August 11, 2023<br>HEARING TIME: 1:30 p.m.<br>JUDGE: Hon. Fernando L. Anelle Rocha<br>COURTROOM:6B |

1

I, ARTHUR M. PETROUSIAN, declare:

1. I am an attorney at law, duly licensed to practice in all Courts of the State of California and am a member of the law offices of Morgan & Morgan, Los Angeles, LLP, attorneys of record for Defendant THEODOR VONKURNATOWSKI in the above-entitled matter.

2. I am the attorney assigned with the responsibility for the file on this matter and have thoroughly reviewed its contents and am personally familiar with each of the facts set forth herein. If called as a witness, I could and would competently testify concerning the following matters:

3. On or about May 12, 2023, Plaintiff CALEB L. MCGILLVARY filed and served his handwritten Second Amended Complaint. The Plaintiff serves handwritten documents and notes as he is currently incarcerated in a federal prison in New Jersey.

4. On or about May 16, 2023, I had a death in my family and was out of the office for an extended period.

5. During this time period, Morgan & Morgan, Los Angeles, LLP was in the process of relocating to a new office. As such, the majority of the staff was in the process of moving from the old location to the new location.

6. Upon information and belief, the mailed, handwritten First Amended Complaint was sent to the old address, then forwarded to the new address, and thereafter placed in my inbox while I was on leave without being processed by any other staff member as it was mistaken for a personal correspondence.

7. Upon information and belief, there was a delay in receiving and processing the Second Amended Complaint due to the conditions described above.

8. As the Court may recall, Defendant filed a FRCP 12 (b) motion as Plaintiff's original complaint failed to state a recoverable claim, among other things. It was my intention to file another FRCP 12(b) Motion to Dismiss as the Second Amended Complaint is also fatally flawed.

9. In preparation, I reviewed the Court's docket and noticed a default had been entered against Defendant while I was on leave. It is my understanding the series of events described above led to the date for the reply to not be calendared on the firm calendar or my calendar.

10. Defendant THEODOR VONKURNATOWSKI is without fault in the failure to timely respond to the Second Amended Complaint.

11. On behalf of Defendant, I request the default be set aside and that an extension of time of thirty (30) days be granted for Defendant to file his responsive papers to the First Amended Complaint.

12. Immediately upon discovering the default, I undertook the drafting of the instant motion seeking relief on behalf of Defendant.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on June 29, 2023, at Los Angeles, California.

/s/ *Arthur M. Petrousian, Esq.*
ARTHUR M. PETROUSIAN

## SERVICE LIST

| Caleb L. McGillvary<br>SBI 000102317G<br>New Jersey State Prison<br>PO Box 861<br>Trenton, NJ 08625 | PRO SE PLAINTIFF |
|---|---|