CALEB L. MCGILLVARY, PRO SE
#1222665/SBI #1023176 NJSP
PO Box 861 TRENTON, NJ 08625



AUGUST 15, 2023

HON. FERNANDO L. AENLLE-ROCHA, USDJ.
USDC-CDCA 350 W. 1ST ST. CTRM 6B
LOS ANGELES, CA 90012

RE: MCGILLVARY v. VONKURNATOWSKI No. 2:22-cv-08587-FLA-AGR

DEAR JUDGE AENLLE-ROCHA:

PLEASE ACCEPT THIS LETTER BY WHICH PLAINTIFF CALEB L. MCGILLVARY ("PLAINTIFF") MOVES THE COURT FOR AN ORDER PERMITTING THIS SUR-REPLY TO DEFENDANT THEODORE VONKURNATOWSKI ("DEFENDANT")'S REPLY, UNDER L.R. 7-10. DEFENDANT HAS CHALLENGED PLAINTIFF'S FACTUAL CONTENTIONS ON THE BASIS THAT PLAINTIFF HASN'T CROSS-EXAMINED DEFENDANT'S COUNSEL. CALIFORNIA EVIDENCE CODE 780(i) STATES THAT, "THE OPPOSING [PARTY] MAY IMPEACH A WITNESS BY SHOWING [T]HE NONEXISTENCE OF ANY FACT TESTIFIED TO BY HIM." PLAINTIFF'S DECLARATION & DEFENDANT'S OWN DOCUMENTS, SPECIFICALLY CONTRADICT DEFENDANT'S COCKAMAMY STORY. JUST LOOK AT HIS RETURN ADDRESS ON HIS REPLY PAPERS: HE DIDN'T MOVE AT ALL. THERE IS NO NEED TO MAKE COUNSEL FOR DEFENDANT A WITNESS IN THIS ACTION.

YOUR HONOR'S KIND ATTENTION TO THIS MATTER IS GREATLY APPRECIATED.

RESPECTFULLY SUBMITTED,

KAP

CALEB L. MCGILLVARY
IN PROPRIA PERSONA