FILED
CLERK, U.S. DISTRICT COURT
NOV - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY<br>PLAINTIFF<br>v.<br>THEODOR VONKURNATOWSKI<br>DEFENDANT | CIVIL ACTION NO.<br>2:22-cv-08587-FLA-AGR<br>HON. FERNANDO L. AENLLE-ROCHA, USDJ<br>MOTION DATE: TO BE DETERMINED<br>BY THE COURT |

NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S 10/24/23 ORDER UNDER L.R. 7-18 & MEMORANDUM OF POINTS IN SUPPORT

PLEASE TAKE NOTICE THAT PLAINTIFF CALEB L. MCGILLVARY ("PLAINTIFF") HEREBY MOVES THE COURT FOR AN ORDER GRANTING RECONSIDERATION OF THE COURT'S 10/24/23 ORDER; ECF 92; PURSUANT TO L.R. 7-18. IN SUPPORT OF THIS MOTION, PLAINTIFF URGES THE FOLLOWING GROUNDS:

DUE PROCESS REQUIRES THAT PLAINTIFF BE HEARD "AT A MEANINGFUL TIME & IN A MEANINGFUL MANNER." HAMDI V. RUMSFELD 542 US 507, 533 (2004). THE EVIDENCE RELIED ON BELOW SHOWS THAT PLAINTIFF'S TIMELY FILED BRIEFS IN OPPOSITION WERE NOT FILED PRIOR TO THE INSTANT MOTION BEING TAKEN UNDER SUBMISSION, DESPITE THE MAILBOX RULE WHICH CONSIDERS THE OPPOSITION HAVING ARRIVED WELL WITHIN TIME. PLAINTIFF IS DOUGLAS V. NOELLE 567 F.3d 1103, 1108-09 (CA9 2009)

1

BEING DEPRIVED OF DUE PROCESS BY THE MOTION BEING TAKEN UNDER SUBMISSION WITHOUT HIS OPPOSITION BEING HEARD "AT A MEANINGFUL TIME & IN A MEANINGFUL MANNER." HAMDI 542 U.S. AT 533.

### EVIDENCE RELIED UPON

I, CALEB L. MCGILLVARY, DECLARE PURSUANT TO 28 USC 1746 THE FOLLOWING:

1.) I AM THE PRO SE PLAINTIFF IN THIS MATTER.

2.) ON OCTOBER 10, 2023, I PLACED MY BRIEF IN OPPOSITION; MY NOTICE, ORDER, DECLARATION IN SUPPORT, & PROPOSED BRIEF IN OPPOSITION IN SUPPORT OF MY MOTION TO FILE AN OVERLENGTH BRIEF; & OPPOSITION TO REQUEST FOR JUDICIAL NOTICE; ALL RESPONSIVE TO DEFENDANT THEODOR VON KURNATOWSKI ("DEFENDANT")'S MOTION TO DISMISS; ECF 84; INTO THE INSTITUTIONAL MAILING SYSTEM AT NJ STATE PRISON WITH 1ST CLASS POSTAGE PREPAID. OFFICER B. VIENTOS PERSONALLY WITNESSED THIS, & SIGNED THE CO-30A FORMS INDICATING THAT POSTAGE WAS AFFIXED, & IT WAS MAILED ON 10/10/23. ATTACHED AS "EXHIBIT A" ARE TRUE COPIES OF THE CO-30A FORMS INDICATING THAT I TIMELY SENT THE DOCUMENTS TO THE CLERK, JUDGE AENLLA-ROCHA, & DEFENDANT'S COUNSEL AT THEIR CORRECT ADDRESSES.

2

3.) AS OF THE DATE THE MOTION TO DISMISS; ECF 84; WAS TAKEN UNDER SUBMISSION, 14 DAYS HAD ELAPSED SINCE I MAILED MY OPPOSITION, YET MY OPPOSITION WAS NEITHER ENTERED ONTO THE DOCKET NOR TAKEN UNDER SUBMISSION.

## CONCLUSION

FOR ALL THE FOREGOING REASONS, I RESPECTFULLY ASK THE COURT TO DIRECT THE CLERK TO FILE MY OPPOSITION, & THEREAFTER TO TAKE IT UNDER SUBMISSION. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE & ACCURATE, & THAT ALL DOCUMENTS ATTACHED HERETO ARE TRUE & ACCURATE COPIES OF THE ORIGINALS,

EXECUTED THIS 30TH DAY OF OCTOBER, 2023

RESPECTFULLY SUBMITTED,

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI#102911G NJSP
PO BOX 861 TRENTON, NJ 08625

3

EXHIBIT A

| CO-30 A | NEW JERSEY STATE PRISON | Rev. 3/1/21 |
|---|---|---|
| | POSTAGE REMIT | |

DATE: 10/10/23  LOCATION: 6R 8L
SBI NUMBER: 1023176
INMATE NAME: CALEB MCGILLVARY
INMATE SIGNATURE: [signature]

TO: BUSINESS MANAGER   DATE MAILED: _____
(✓) Check Appropriate Box (s)

| | | |
|---|---|---|
| | Legal Postage | $ |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| ✓ | Postage Affixed; **SEND DIRECT** Legal Postage Only **TO MAILROOM** | (1) |
| | Regular Postage or UPS Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| Weight of Mail/Property | | Total Postage and Fees $ |

SENT TO: ARTHUR PETROUSIAN
ADDRESS: PRINT 633 W. FIFTH ST STE 2652
LOS ANGELES, CA 90071

WITNESS: B. View
SIGNATURE: [signature]

APPROVED BY: APPROVED

CHECK# _____   DATE: _____

| CO-30 A | NEW JERSEY STATE PRISON | Rev. 3/1/21 |
|---|---|---|
| | **POSTAGE REMIT** | |

DATE: 10/10/23  LOCATION: 6R 81
SBI NUMBER: 1023176
INMATE NAME: CALEB MCGILLVARY
INMATE SIGNATURE: [signature]

TO: BUSINESS MANAGER   DATE MAILED: _____
(✔) Check Appropriate Box(s)

| | | $ |
|---|---|---|
| | Legal Postage | |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| ✓ | Postage Affixed; **SEND DIRECT** Legal Postage Only **TO MAILROOM** | |
| | Regular Postage or UPS Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| Weight of Mail/Property | | Total Postage and Fees $ |

SENT TO: CLERK USDC - CDCA
ADDRESS: PRINT 255 E TEMPLE ST RM 180
LOS ANGELES, CA 90012

WITNESS: B.View
SIGNATURE: [signature]

**APPROVED**

CHECK# _____  DATE: _____

| CO-30 A | NEW JE... ATE PRISON | Rev. 3/1/21 |
|---|---|---|
| | POSTA E REMIT | |

DATE: 10/10/23  LOCATION: 6R81
SBI NUMBER: 1023176
INMATE NAME: CALEB MCGILLVARY
INMATE SIGNATURE: [signed]

TO: BUSINESS MANAGER         DATE MAILED: _____
(✓) Check Appropriate Box(s)

| | | $ |
|---|---|---|
| | Legal Postage | $ |
| | Certified Cert. # | |
| | Return Receipt Requested | |
| ✓ | Postage Affixed; **SEND DIRECT** Legal Postage Only **TO MAILROOM** | |
| | Regular Postage or UPS Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| Weight of Mail/Property | | Total Postage and Fees $ |

SENT TO: HON. FERNANDO L. AENLLE-ROCHA, USDJ
ADDRESS: PRINT 350 W. 1ST ST. RM. 6B
LOS ANGELES, CA 90012

WITNESS: B. Vier
SIGNATURE: [signed]

**APPROVED**

CHECK# _____   DATE: _____

## PROOF OF SERVICE

I, CALEB L. MCGILLVARY, DECLARE PURSUANT TO 28 USC 1746 THAT ON 10/30/23, I PLACED IN THE INSTITUTIONAL MAILING SYSTEM HERE WHERE I'M INCARCERATED AT NJ STATE PRISON 3RD & FEDERAL STS. TRENTON, NJ 08625; WITH 1st CLASS POSTAGE PREPAID TO BE SENT VIA USPS MAIL; THE ORIGINAL TO THE CLERK FOR FILING AT 255 E. TEMPLE ST. RM 180 LOS ANGELES, CA 90012; & A COPY FOR SERVICE TO COUNSEL FOR DEFENDANT THEODOR VONKURNATOWSKI AT 633 W. 5TH ST, STE 2652 LOS ANGELES 90071; OF MY NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S 10/24/23 ORDER UNDER L.R. 7-18 & MEMORANDUM OF POINTS IN SUPPORT, & PROPOSED ORDER.

I HEREBY INVOKE THE PRISON MAILBOX RULE.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE. EXECUTED ON THIS 30TH DAY OF OCTOBER, 2023

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI#102317G NJSP
PO BOX 861 TRENTON, NJ 08625



