LODGED
CLERK, U.S. DISTRICT COURT

NOV - 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB L. MCGILLVARY | CIVIL ACTION NO. |
| PLAINTIFF | 2:22-CV-08587-FLA-AGR |
| V. | HON. FERNANDO L. AENLLE-ROCHA, USDJ |
| THEODOR VONKURNATOWSKI | |
| DEFENDANT | |

ORDER

THIS MATTER HAVING BEEN OPENED TO THE COURT
BY PLAINTIFF CALEB L. MCGILLVARY ON MOTION
FOR RECONSIDERATION OF THE COURT'S 10/24/23
ORDER; ECF 92; PURSUANT TO L.R. 7-18, & THE
COURT HAVING CONSIDERED THE PAPERS SUBMITTED &
THE ARGUMENTS OF PARTIES, & FOR GOOD CAUSE SHOWN

IT IS ON THIS ____ DAY OF _____, 20__
ORDERED THAT PLAINTIFF'S MOTION IS HEREBY GRANTED;
ORDERED THAT THE CLERK ENTER PLAINTIFF'S
OPPOSITIONS ONTO THE DOCKET;
ORDERED THAT THE MOTION TO DISMISS IS RE-TAKEN
UNDER SUBMISSION WITH PLAINTIFF'S OPPOSITION INCLUDED;
ORDERED THAT A COPY OF THIS ORDER BE SERVED
UPON ALL PARTIES WITHIN 7 DAYS OF THIS ORDER

HON. FERNANDO L. AENLLE-ROCHA, USDJ