Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625



UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>V.<br><br>Theodor VonKurnatowski<br>    DEFENDANT | CIVIL ACTION NO.<br>2:22-cv-08587-FLA-AGR<br>Hon. Fernando L Aenlle-Rocha,<br>USDJ<br>Hon. Alicia G Rosenberg, USMJ<br>Motion Date: To be determined<br>by the Court |

NOTICE OF REQUEST AND REQUEST FOR DECISION PURSUANT TO
C.D.CA L.R. 83-9.2

TO: CLERK, ALL CAPTIONED PARTIES

    Please take notice that, on a date and time to be determined by the Court, Plaintiff Caleb L. McGillvary ("Plaintiff") hereby requests the Court to decide the matter submitted on 12/5/23; ECF 86; which has been pending for over 120 days: without further delay

    As grounds for this request, Plaintiff relies upon the judicially noticeable fact that the Courts are backlogged, overworked, and understaffed. See FRE 201(b). Congress created the District Courts in a bygone era, when the population of the United States was less than a third of what it is now. Yet, even after the population has tripled and the amount of federal cases has increased proportionately, the number of District Judges in each District has not kept pace. It is long overdue for Congress to create more positions, and to authorize the budget to fill those with life-tenured judges who can reduce the overburdened caseload of the District Courts.

1

Unfortunately, Plaintiff has no control over Congress, and he is required by the mandatory language of C.D.CA L.R. 83-9.2 "shall, within 130 days after the matter is submitted, file with the Court a joint request that such decision be made without further delay." Id. Defendant could not be reached within time to file this jointly within the required time, so this request is being made with notice to Defendant within time, with the expectation that Defendant will act in good faith to join in this request once he receives notice of it.

Plaintiff recognizes that the District Court is mandated by 28 U.S.C. 1657(a) to expedite other cases ahead of this one, and it is more than likely that at least one such case, whether of 28 U.S.C. 2241 et seq. or the other enumerated statutes, has appeared on Your Honor's docket during the time which this matter was submitted. Plaintiff commends the Court on being faithfully adherent to 28 U.S.C. 1657(a)'s mandate, and regrets that Congress's lackadaisical approach to matching the population of the Federal Bench with the population of America has resulted in the necessity of this request.

## CONCLUSION

For all the foregoing reasons, Plaintiff respectfully requests the Court to issue a decision on the matter submitted without further delay.

Date: 4/4/24

Respectfully Submitted,

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

2

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

APRIL 4, 2024

Clerk, US Dist. Ct. - CDCA
US Courthouse
255 E. Temple St., Rm 180
Los Angeles, CA 90012

    RE: McGillvary v. VonKurnatowski
    Civil Action No. 2:22-cv-08587-FLA-AGR
    Hon. Fernando L Aenlle-Rocha, U.S.D.J.
    Hon. Alicia G Rosenberg, U.S.M.J.

Dear Clerk;
    Please find enclosed and file onto the docket my request for decision pursuant to L.R. 83-9.2; and proof of service thereof; in the above-captioned matter.

                          Kind Regards,
                          Caleb L. McGillvary
                          In Propria Persona

ENCL:
CC: FILE

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original of my request for decision pursuant to L.R. 83-9.2; to the Clerk of the Court at USDC-CDCA 255 E. Temple St. Rm 180 Los Angeles, CA 90012; and a copy each to the Chief Judge of the Central District of California Dolly M Gee, USCJ at Room 8C, 8th Floor 350 W. Los Angeles, CA 90012, Hon Fernando L Aenlle-Rocha, USDJ at Room 6B, 6th Floor 350 W. First St. Los Angeles, Ca 90012, and Counsel for Defendant, Arthur Petrousian at 633 W. Fifth Street, Ste 2652 Los Angeles, CA 90071 via US Mail with 1st class postage prepaid and via the Clerk's notice of electronic filing pursuant to L.R. 5-3.2

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.

Executed this 4TH Day of APRIL, 2024

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861



C. McClurkin
#1221665/SBI#1023174
NJSP P.O. Box 861
Trenton, NJ
08625

Hon. Dolly M. Gee, U.S.C.J.
Chief Judge of the USDC-CDCA
U.S. Dist. Ct. - CD CA
US Courthouse
350 W. First St.
Los Angeles, CA
90012

LEGAL MAIL

TRENTON NJ 085
9 APR 2024 PM

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 15 2024
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY