# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Caleb L. McGillvary,

PLAINTIFF(S)

v.

Theodor Vonkurnatowski,

DEFENDANT(S).

CASE NUMBER:

2:22-cv-08587-FLA (AGRx)

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 4/15/2024 | 102 | Request for Decision |
|  |  |  |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☑ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: On April 10, 2024, the court denied Plaintiff's Motion for Leave to File Third Amended Complaint (Dkt. 86) as moot. Dkt. 101 at 9.

Dated: 4/18/2024

By: _____
U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)